UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE RICHARDSON,

          Plaintiff,

    v.

SANDRA CARTER, *et al*,

          Defendants.

Case No.  C06-5324FDB-KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of a motion for extension of time (Dkt. #31) to respond to defendants' motion to dismiss (Dkt. #30).   After reviewing plaintiff's motion, defendants' response thereto, and the balance of the record, the Court finds and orders as follows:

      On December 26, 2006, defendants filed their motion to dismiss, which was noted for January 19, 2007.  On January 16, 2007, plaintiff filed his motion for an extension of sixty (60) days in which to file a response to defendants' motion to dismiss, stating he has been in segregation and has had limited access to legal resources.  Plaintiff further states he is due for release on February 26, 2007, after which he will have access to such materials.  In their response, defendants state that they do not oppose plaintiff's request for an extension of time. (Dkt. #32).

      Accordingly, in light of the above, plaintiff's motion for extension of time (Dkt. #31) hereby is

ORDER
Page - 1

1 GRANTED. Plaintiff shall file his response to defendants' motion to dismiss by **no later than Monday,**
2 **April 16, 2007**. Defendants' reply, if any, shall be due by **no later than Thursday, April 19, 2007**. The
3 Clerk shall re-note defendants' motion to dismiss (Dkt. #30) for consideration on **Friday, April 20, 2007**.

4     The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

5     DATED this 14th day of February, 2007.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge