UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE RICHARDSON,

           Plaintiff,

    v.

SANDRA CARTER, *et al*,

           Defendants.

Case No.  C06-5324FDB-KLS

ORDER

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. This order is before the Court on plaintiff's failure to respond to the Court's order to show cause (Dkt. #35) regarding defendants' motion to dismiss (Dkt. #30).

      On May 14, 2007, the Court issued its order to show cause informing plaintiff that due to certain deficiencies in his complaint, he had failed to state a proper claim against any of the named defendants. The Court, however, granted plaintiff the opportunity to file an amended complaint, curing, if possible, the deficiencies noted in the order to show cause, before recommending defendants' motion to dismiss be granted.  On May 21, 2007, the copy of the order to show cause sent to plaintiff was returned for lack of proper postage.  It was sent out again on the same day.

      To date, plaintiff has not responded to the Court's order to show cause.  Nevertheless, erring on the side of caution, the Court shall send plaintiff a copy of the order to show cause one more time, and

ORDER
Page - 1

1  grant him additional time to respond.  Accordingly, plaintiff shall have file by **no later than August 6,**
2  **2007**, an amended complaint curing, if possible, the deficiencies noted in the order to show cause as
3  directed to do so therein.  **Plaintiff is warned, however, that this is his last chance to filed an amended**
4  **complaint, and that failure to timely do so will result in a recommendation that defendants' motion**
5  **to dismiss be granted.**
6      The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.
7      DATED this 6th day of July, 2007.

                                    Karen L. Strombom
                                    United States Magistrate Judge