UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE RICHARDSON,

                Plaintiff,

     v.

SANDRA CARTER, *et al*,

                Defendants.

CASE NO.    C06-5324FDB-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court, having reviewed defendants' motion to dismiss (Dkt. #30), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, and there being no objections to the Report and Recommendation,  does hereby find and ORDER:

    (1)      the Court adopts the Report and Recommendation;

    (2)      defendants' motion is GRANTED;

    (3)      the Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

    (4)      the Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 2nd day of October 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1