# United States District Court

WESTERN DISTRICT OF WASHINGTON

WAYNE RICHARDSON

       v.

SANDRA CARTER, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5324FDB/KLS

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendant's motion is GRANTED.

3. The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e) and to count this as a dismissal under 28 U.S.C. § 1915(g).

October 3, 2007            BRUCE RIFKIN
                                               Clerk

                                               s/ D. Forbes
                                            By, Deputy Clerk